IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:02CR104 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| ANTHONY LINDAHL, | ) ) | |
| Defendant. | ) ) | |

Defendant Anthony Lindahl appeared before the court on October 4, 2006 on a Petition for Summons for Offender Under Supervision [41].   The defendant was represented by Assistant Federal Public Defender, Julie B. Hansen, and the United States was represented by Assistant U.S. Attorney Michael D Wellman.  The defendant's Oral Motion to Continue is granted.  The government did not move for detention.  The defendant was released on current conditions of supervision.

IT IS ORDERED:

1.   The Federal Public Defender is appointed as counsel to represent the above named defendant.

2.   A Supervised Release hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m., on October 24, 2006.**  Defendant must be present in person.

3.  Defendant is released on current conditions of supervision.

Dated this 4th day of October, 2006.

BY THE COURT:


 Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge